**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ERVIN LEE, JR.,**

        **Plaintiff,**

**v.**                                                        **Case No.  3:15cv186/MCR/CJK**

**MICHAEL PLUNKETT,**

        **Defendant.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 5, 2015 (doc. 6).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.        The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.        This action is **DISMISSED WITHOUT PREJUDICE**.

3.        All pending motions are **DENIED AS MOOT**.

4.        The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of June, 2015.


        s/ *M. Casey Rodgers*        
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**